UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | : Case No. 09-50026 (REG) |
| Debtors. | : (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY, | : |
| Plaintiff, | : Adversary Proceeding |
| against | : Case No. 09-00504 (REG) |
| JPMORGAN CHASE BANK, N.A., *et al.*, | : |
| Defendants. | : |

JUDGMENT

For the reasons set forth in the Court's Decision on Cross-Motions for Summary Judgment, dated March *1*, 2013, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The relief sought in this adversary proceeding by Plaintiff Official Committee of Unsecured Creditors of Motors Liquidation Company (including, for the avoidance of doubt, each of the prayers for relief set forth in paragraphs 1 through 8 of the "WHEREFORE" clause beginning at page 55 of the Complaint) is denied, and the Plaintiff shall take nothing under the Complaint.

2. For the avoidance of doubt, the perfection of the liens in favor of defendants JPMorgan Chase Bank, N.A. and the "Term Loan Lenders" (as defined in the Complaint) that arose by reason of the UCC-1 initial financing statement filed on November 30, 2006

(defined in the Complaint as the "Financing Statement") did not come to an end by reason of the October 30, 2008 filing of the UCC-3 financing statement amendment (defined in the Complaint as the "Termination Statement").

Dated: New York, New York         _s/Robert E. Gerber____
       March _1_, 2013            United States Bankruptcy Judge