United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 21, 2015
Docket #: 13-2187bk
Short Title: In Re: Motors Liquidation Com

DC Docket #: 09-50026
DC Court: SDNY (NEW YORK CITY) DC Docket #: 09-504
DC Court: SDNY (NEW YORK CITY)
DC Judge: Gerber

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for

Plaintiff-Appellant, Official Committee of Unsecured Creditors of Motors Liquidation Company

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

Defendant-Appellee, JPMorgan Chase Bank, N.A., individually and as Administrative Agent
for various lenders party to the Term Loan Agreement described herein

and in favor of

Plaintiff-Appellant, Official Committee of Unsecured Creditors of Motors Liquidation Company

for insertion in the mandate.

Docketing Fee   N/A

Costs of printing appendix (necessary copies: 10          ): $9,530.00

Costs of printing brief (necessary copies: 10          ): $315.00

Costs of printing reply brief (necessary copies: 10          ): $243.00

**(VERIFICATION HERE)**

I, Eric B. Fisher, counsel for Plaintiff-Appellant, Official Committee of Unsecured Creditors of Motors Liquidation Company, verify that the costs itemized above were actually incurred in connection with this appeal, as reflected in the itemized bill of costs and invoices attached hereto as Exhibit A.

/s/ Eric B. Fisher     2/4/2015
Eric B. Fisher
Dickstein Shapiro LLP
1633 Broadway
New York, N.Y. 10019

**<u>Exhibit A</u>**



**PrintingHouse Press**
FULL SERVICE APPELLATE PRINTERS

10 East 39th Street, 7th Floor, New York, NY 10016
Tel: 212.719.0990   Fax: 212.398.9253
www.phpny.com

Friday, January 30, 2015

Jack Bove
Dickstein Shapiro, LLP
1633 Broadway
New York, NY 10019

**In Re Motors Liquidation Company (4)**
**Joint Appendix, Special Appendix & Brief**
**United States Court of Appeals for the Second Circuit**

# ITEMIZED BILL OF COSTS

Typesetting and Printing **10** copies of the above referenced: **Joint Appendix, Special Appendix & Brief**

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 38,770 | Printed 3877 Pages of Joint Appendix Text x 10 copies | .20 | $7,754.00 |
| 1 | Cover | 125.00 | $125.00 |
| 12 | Add. Volume Covers | 55.00 | $660.00 |
| 130 | Bound Books Printed | 5.00 | $650.00 |
| 830 | Printed 83 Pages of Special Appendix Text x 10 copies | .20 | $166.00 |



**PrintingHouse Press**
FULL SERVICE APPELLATE PRINTERS

10 East 39th Street, 7th Floor, New York, NY 10016
Tel: 212.719.0990  Fax: 212.398.9253
www.phpny.com

| 1 | Cover | 125.00 | $125.00 |
|---|---|---|---|
| 10 | Bound Books Printed | 5.00 | $50.00 |
| 700 | Printed 70 Pages of Brief Text x 10 copies | .20 | $140.00 |
| 1 | Cover | 125.00 | $125.00 |
| 10 | Bound Books Printed | 5.00 | $50.00 |

Subtotal: $ 9,845.00
NYC Tax: $    873.74
**Total:    $10,718.74**

We certify that the stated charges are based on the necessary minimum of 10 copies needed to serve and file, and price is comparable to industry standards.

*[signature]*
Joanna Farrell
Billing



**PrintingHouse Press**
FULL SERVICE APPELLATE PRINTERS

10 East 39th Street, 7th Floor, New York, NY 10016
Tel: 212.719.0990    Fax: 212.398.9253
www.phpny.com

Friday, January 30, 2015

Jack Bove
Dickstein Shapiro, LLP
1633 Broadway
New York, NY 10019

**In Re Motors Liquidation Company (4)**
**Reply Brief**
**United States Court of Appeals for the Second Circuit**

# ITEMIZED BILL OF COSTS

Typesetting and Printing **10** copies of the above referenced: **Reply Brief**

| Quantity | Description | Price | Amount |
| --- | --- | --- | --- |
| 340 | Printed 34 Pages of Text x 10 copies | .20 | $68.00 |
| 1 | Cover | 125.00 | $125.00 |
| 10 | Bound Books Printed | 5.00 | $50.00 |

Subtotal: $243.00
NYC Tax: $ 21.57
**Total:    $ 264.57**

We certify that the stated charges are based on the necessary minimum of 10 copies needed to serve and file, and price is comparable to industry standards.

*Joanna Farrell*
Billing

**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

# Invoice #36693
*Please refer to invoice number with Payment*

To:   Evan J. Zucker, Esq.
      Dickstein Shapiro LLP
      1633 Broadway
      New York, NY 10019

**If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 9/17/2013 | Net 30 Days | Eric Kuperman | Court of Appeals for the 2nd. Circuit |

**In Re Motors Liquidation Company (2)**
**Joint Appendix, Special Appendix & Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 3877 | Joint Appendix Pages (10 Copies - 13 Volumes) @ | 3.75 | 14,538.75 |
| 1 | Typeset Cover @ | 125.00 | 125.00 |
| 12 | Additional Volume Cover(s) @ | 55.00 | 660.00 |
| 17 | Typeset Table(s) of Contents @ | 80.00 | 1,360.00 |
| 17 | Paralegal Hour(s) @ | 90.00 | 1,530.00 |
| 130 | Perfect Bound Books @ | 5.00 | 650.00 |
| | **Special Appendix (10 Copies)** | | |
| 83 | Special Appendix Pages @ | 3.75 | 311.25 |
| 1 | Typeset Cover @ | 125.00 | 125.00 |
| 1 | Typeset Table(s) of Contents @ | 80.00 | 80.00 |
| 10 | Perfect Bound Books @ | 5.00 | 50.00 |
| | **Appellant's Brief (10 Copies)** | | |
| 70 | Brief Pages (includes covers & binding) @ | 5.50 | 385.00 |
| 1 | Courtesy Discount - 15% | -2,972.25 | -2,972.25 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |

*Docket Number: 13-2187-bk*

| | |
|---|---|
| Subtotal: | **16,917.75** |
| Sales Tax: | **1,501.45** |
| Total Invoice Amount: | **18,419.20** |
| Payment Received: | **18,419.20** |

**Please remit payment by:   10/17/2013**          **Total Amount Due:      Paid in Full**

Tax ID: 13-3771850

6868 Eric Kuperman 55257  (212) 277-6500                Page 1 of 1

# Invoice #37788

*Please refer to invoice number with Payment*

**PrintingHousePress**
**10 East 39th Street, 7th Floor**
**New York, NY 10016**
**Phone: (212) 719-0990   Fax: (212) 398-9253**

To:   Evan J. Zucker, Esq.
      Dickstein Shapiro LLP
      1633 Broadway
      New York, NY 10019

**If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 12/23/2013 | Net 30 Days | Eric Kuperman | Court of Appeals for the 2nd. Circuit |

**In Re Motors Liquidation Company (2)**
**Reply Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 34 | Reply Brief Pages - 10 Copies (includes covers & binding) @ | 8.24 | 280.00 |
| 0.5 | Electronic File Production and Review @ | 90.00 | 45.00 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |

*Docket Number: 13-2187-BK*

|  |  |
|---|---|
| Subtotal: | **400.00** |
| Sales Tax: | **35.50** |
| Total Invoice Amount: | **435.50** |
| Payment Received: | **435.50** |

**Please remit payment by:   1/22/2014**          **Total Amount Due:     Paid in Full**

**Tax ID: 13-3771850**

6868 Eric Kuperman  56385  (212) 277-6500                      Page 1 of 1

## Certificate of Service

I hereby certify that on February 4, 2015, I electronically filed the foregoing Verified Itemized Bill of Costs with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: New York, New York
February 4, 2015

By: /s/ Eric B. Fisher
Eric B. Fisher
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Email: fishere@docksteinshapiro.com

*Attorneys for Plaintiff-Appellant*