# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand and fifteen.

_____

In Re: Motors Liquidation Company, et al.,
     Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    **STATEMENT OF COSTS**

Official Committee of Unsecured Creditors of Motors
Liquidation Company,                                   Docket No. 13-2187

    Plaintiff-Appellant,

        v.

JP Morgan Chase Bank, N.A., individually and as
Administrative Agent for various lenders party to the Term
Loan Agreement described herein,

    Defendant-Appellee.
_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $9,428.00 in favor of Appellant Official Committee of Unsecured Creditors of Motors Liquidation Company.

 

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

